FILED IN OPEN COURT

AUG 14 2013

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v. | 1:12-CR-392-CAP-GGB |
| WILLIAM VILLEMEZ | |

## JOINT STIPULATION OF FACTS

The United States of America, by Sally Quillian Yates, United States Attorney, and Paul R. Jones and Brent Alan Gray, Assistant United States Attorneys, and William Villemez, the defendant, represented by Judy Fleming and Jeffrey L. Ertel, stipulate to the following facts:

1. Between July 26, 2008 through March 12, 2011, Mr. Villemez, the defendant, knowingly ordered and received videos and digital images from azovfilms.com, knowing that said videos and digital images contained images of minors;

2. During the relevant time period, AZOV Films was headquartered outside the United States;

3. The videos and digital images that AZOV Films sent to Mr. Villemez traveled in interstate commerce via the United States Postal Service;

4. Mr. Villemez received the videos and digital images in the Northern District of Georgia; and

5. The AZOV Films videos and digital images referred to in this stipulation are contained on discs which have been marked as Government's Exhibit No. 1 (two-disc video set entitled "Vladik Remembered, Vol. 2"); Government's Exhibit No. 2 (two-disc video set entitled "Raw Rewind"); Government's Exhibit No. 3 (a disc of 323 digital images entitled "Extremely Sticky Water Wiggles Going Commando") and Government's Exhibit No. 4 (a disc of 780 digital images entitled "BF v 2.0 FKK Black Sea 2.0"). Each of the government's exhibits is accompanied with a number of printed images which represent the content found on each disc.

So stipulated this _14th_ day of _August_, 2013.

SALLY QUILLIAN YATES
United States Attorney

WILLIAM VILLEMEZ
Defendant

PAUL R. JONES
Assistant United States Attorney

JUDY FLEMING
Counsel for Mr. Villemez

BRENT ALAN GRAY
Assistant United States Attorney

JEFFREY L. ERTEL
Counsel for Mr. Villemez